*Per Curiam.* The Act laft cited is retrofpective, and affects prior titles, and fo Courts have confidered them.

Let the defendant take the effect of his motion.

## George *ads*. Benninger.

THE Court in this cafe determined, that if a notice of argument is given for any day in term, fubfequent to the firft, the party who would object to it on that account, muft appear and ftate fuch objection at the time when the motion is brought on; and if he does not, he will be deemed to have waived fuch objection.